■ MAX FINESMITH, Appellant, v. NETTIE FINESMITH, Respondent.— In an action by plaintiff husband for separation, in which defendant wife counter-claims for the same relief, the husband appeals from an order of the Special Term, Supreme Court, Queens County, entered July 11, 1960, granting the wife's motion for temporary alimony, counsel fee and custody of their two infant children. Order modified: (1) by striking out from the second decretal para-graph the award of $150 per week for temporary alimony, and substituting therefor an award of $100 per week; (2) by striking out the third decretal paragraph directing the husband to pay an additional counsel fee of $1,500, and substituting therefor a paragraph directing the husband to pay an additional counsel fee of $500 before the trial of this action; and (3) by striking out the fourth decretal paragraph and substituting therefor a paragraph granting leave to the wife to apply to the trial court for an additional counsel fee over and above the sum of $500 hereby awarded. As so modified, the order is affirmed, without costs. In our opinion, under the circumstances presented by this record, the temporary alimony and the counsel fee awarded by the Special Term are excessive. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## (September 26, 1960)

■ SALVATORE ALBICOCCO, Respondent, v. VINCENT NICOLETTO, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ HUGH BEGLEY, JR., Respondent, v. RUTH BEGLEY, Appellant.— Motion for a stay, pending appeal, denied, as unnecessary in view of the stipulation between the parties. Motion to dispense with printing granted; the appeal will be heard on the original papers (including the typed minutes) and upon type-written briefs. The parties are directed to file five copies and to serve one copy of their respective briefs. Motion by the American Jewish Congress to appear *amicus curiæ* granted to extent of permitting said party to file a brief on this appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ BENJAMIN COOPER, Appellant, v. PAULINE STONE et al., Respondents.— Motion to consolidate appeals from orders dated, respectively, May 11, 1960 and June 10, 1960, granted, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ DAVID S. FISHMAN et al., Suing on Behalf of Themselves Individually and All Other Owners of Real Property in the Bayport Cove Section of the Town of Islip Similarly Situated, Appellants, v. TOWN OF ISLIP, Respondent, et al., Defendant.— Motion for reargument and for leave to appeal to Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.